# MANDATE

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of January, two thousand twenty-four,

_____

Roslyn La Liberte,

        Plaintiff - Appellant,

v.

Joy Reid,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 23-7607

A notice of appeal was filed on October 26, 2023. The Appellant's Form C due November 09, 2023 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective January 17, 2024 if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/13/2024